THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Rodney Mealing, Appellant.
 
 
 

Appeal From Edgefield County
 William P. Keesley, Circuit Court Judge

Unpublished Opinion No. 2005-UP-567
Submitted October 3, 2005  Filed October 27, 2005   

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  Rodney Mealing appeals his guilty plea for one count of second degree burglary and one count of grand larceny of more than $5,000.  Mealing alleges the trial judge erred by accepting his guilty plea without fully advising him of his constitutional rights.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Mealings appeal and grant counsels motion to be relieved.
 APPEAL DISMISSED.[1]
GOOLSBY, BEATTY, and SHORT, JJ., concur. 

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.